IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-121-D

| | |
|---|---|
| GRACE BRIGGS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) ORDER GRANTING<br>) MOTION TO APPEAR |
| JUUL LABS, INC., | ) REMOTELY BY VIDEO<br>)<br>) |
| Defendant. | ) |

Upon consideration of the Joint Motion to Appear Remotely by Video [DE-105] for the hearing scheduled for 1:00 pm on February 27, 2024, it is hereby ORDERED that the joint motion is GRANTED.

The court therefore ORDERS the hearing shall be conducted remotely via video conference. The parties should contact Travis Orr with the United States District Court (travis_orr@nced.uscourts.gov or (919-645-1719)) no later than 3:00pm on February 26, 2024 to provide him with contact information for the video conference. A test run with the system will then be completed no later than 4:00pm on February 26, 2024 to ensure there is no connection issues and to avoid any delay in this matter.

The Deputy Clerk is directed to provide a copy of this order to Travis Orr with the District Court.

SO ORDERED this 26th day of February, 2024.

Brian S. Meyers
United States Magistrate Judge