IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-121-D

| | | |
|---|---|---|
| GRACE BRIGGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JUUL LABS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

On August 9, 2024, the court granted the parties' request to extend expert discovery deadlines. In their stipulation and request, the parties referenced depositions that the parties have completed and their need to obtain transcripts. See [D.E. 115] 1. Plaintiff contends that she needs the transcript to respond in opposition to defendant's motion for summary judgment. See id.; [D.E. 92] 3–4. Thus, the parties will need to supplement their summary judgment material when they receive the deposition transcripts. In light of these developments, the court DENIES WITHOUT PREJUDICE defendant's motion for summary judgment [D.E. 76]. The parties SHALL submit a proposed schedule concerning renewed dispositive motions and supplemental briefing on or before August 30, 2024.

SO ORDERED. This 9 day of August, 2024.

JAMES C. DEVER III
United States District Judge